# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Lungstrum, John W. | USDC, District of Kansas | 04/17/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Senior Judge | ☐ Nomination Date <br> ☐ Initial ☑ Annual ☐ Final <br> 5b. ☐ Amended Report | 01/01/2018 to 12/31/2018 |

**7. Chambers or Office Address**

517 U.S. Courthouse
500 State Avenue
Kansas City, KS 66101

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director and officer | Westward Ho, Inc. (corporation which owns residential property for personal use) |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lungstrum, John W. | 04/17/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Duke Law Diversity Leadership Conference (Duke University) | 06/21/2018 - 06/22/2018 | Denver, Colorado | Legal Education | Travel Expenses |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lungstrum, John W. | 04/17/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Morgan Stanley Bank (money market account) | A | Dividend | L | T | | | | | |
| 2. College Station TX School District (Bond) | A | Interest | K | T | | | | | |
| 3. MSILF Govt PtfInsi (Mutual Fund) | B | Dividend | L | T | Buy | 09/06/18 | L | | |
| 4. Eaton Vance Tax MGD Growth Fund (Mutual Fund) | A | Dividend | L | T | | | | | |
| 5. EV Floating Rate A (Mutual Fund) | B | Interest | K | T | | | | | |
| 6. Blackstone REIT | A | Dividend | K | T | Buy | 02/01/18 | K | | |
| 7. EV Kansas Municipals (Mutual fund) | A | Interest | K | T | | | | | |
| 8. Tortoise MLP Fund Inc. (Mutual Fund) | B | Dividend | J | T | | | | | |
| 9. Louisiana St. Energy & PWR Auth (Bond) | B | Interest | | | Redeemed | 01/02/18 | K | A | |
| 10. IRA | | | | | | | | | |
| 11. -AQR Managed Futures (Mutual Fund) | A | Dividend | K | T | Buy | 01/02/18 | J | | |
| 12. | | | | | Sold (part) | 02/22/18 | J | | |
| 13. -AQR Market Neutral Inst (Mutual Fund) | A | Dividend | K | T | | | | | |
| 14. -AQR Style Premia Alternative (Mutual Fund) | A | Dividend | J | T | Buy | 01/02/18 | J | | |
| 15. -Blackrock Strategc Inc. OPPI (Mutual Fund) | A | Dividend | K | T | Buy | 01/02/18 | J | | |
| 16. | | | | | Sold (part) | 02/22/18 | J | A | |
| 17. -Cambiar In't Equity (Mutual Fund) | A | Dividend | | | Sold (part) | 02/22/18 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Sold | 08/30/18 | J | B | |
| 19. -Causeway Intl Value (Mutual Fund) | B | Dividend | L | T | Buy | 12/24/18 | J | | |
| 20. -Columbia Strategic Inc. Inst. (Mutual Fund) | A | Dividend | J | T | Buy | 01/08/18 | J | | |
| 21. -Fidelity ADV FLTG RT (Mutual Fund) | A | Dividend | L | T | | | | | |
| 22. -Fidelity ADV Total Bond I | A | Dividend | J | T | Buy | 02/22/18 | J | | |
| 23. -Gabelli Gold I (Mutual Fund) | A | Dividend | J | T | Buy | 12/24/18 | J | | |
| 24. -Healthcare Sel (Mutual Fund) | A | Dividend | J | T | Sold (part) | 02/22/18 | J | A | |
| 25. -Henderson Intl Opport I (Mutual Fund) | B | Dividend | L | T | Buy | 12/21/18 | J | | |
| 26. -Invesco Small Cap Y (Mutual Fund) | A | Dividend | J | T | Buy | 12/24/18 | J | | |
| 27. -IShares Russell 200 GRWTH ETF (Mutual Fund) | A | Dividend | J | T | | | | | |
| 28. -Harding Loevner Int's Eq (HLMIX) | A | Dividend | K | T | Buy | 08/30/18 | K | | |
| 29. -IShares Russell Midcap G ETF (Mutual Fund) | A | Dividend | K | T | Sold (part) | 01/02/18 | J | A | |
| 30. | | | | | Buy | 02/22/18 | J | | |
| 31. | | | | | Sold (part) | 02/24/18 | J | A | |
| 32. -IShares Russell Midcap V ETF (Mutual Fund) | A | Dividend | K | | Sold (part) | 01/02/18 | J | A | |
| 33. -IShares S&P 500 Growth (Mutual Fund) | B | Dividend | M | T | Buy | 02/22/18 | J | | |
| 34. | | | | | Sold (part) | 08/27/18 | K | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lungstrum, John W. | 04/17/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -IShares S&P 500 Val (Mutual Fund) | A | Dividend | K | T | Sold (part) | 01/02/18 | J | A | |
| 36. | | | | | Buy | 08/30/18 | J | | |
| 37. -IShares S&P Mid-Cap 400 G ETF (Mutual Fund) | A | Dividend | K | T | | | | | |
| 38. -IShares MSCI Japan (Mutual Fund) | A | Dividend | | | Sold (part) | 01/02/18 | J | A | |
| 39. | | | | | Sold (part) | 02/22/18 | J | A | |
| 40. | | | | | Sold | 08/30/18 | J | A | |
| 41. -MSDW Liq. Asset (Money market fund) | A | Dividend | J | T | | | | | |
| 42. -Oppenheimer Ltd Term BDY (Mutual Fund) | A | Dividend | J | T | Buy | 01/02/18 | J | | |
| 43. -Pimco Foreign Bd US $ Hedged P (Mutual Fund) | A | Dividend | J | T | | | | | |
| 44. -Pimco 1-5 Yr U.S. TIPX IDX FD (Mutual Fund) | A | Dividend | J | T | | | | | |
| 45. -Pimco Income P (Mutual Fund) | A | Dividend | J | T | | | | | |
| 46. -Principal GLB REL EST (POSIX) (Mutual Fund) | A | Dividend | J | T | Buy | 08/30/18 | J | | |
| 47. -Tortoise MLP & Pipline (TORIX) | A | Dividend | J | T | Buy | 02/22/18 | J | | |
| 48. -The Financial Sel Sect SPDR FD (Mutual Fund) | A | Dividend | J | T | Sold (part) | 01/02/18 | J | A | |
| 49. | | | | | Sold (part) | 02/22/18 | J | A | |
| 50. -Utilities Sel Sect SPDR Fund (XLU) (Mutual Fund) | A | Dividend | J | T | Buy | 02/22/18 | J | | |
| 51. -Vanguard Info Tech (Mutual Fund) | A | Dividend | J | T | Sold (part) | 01/02/18 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lungstrum, John W. | 04/17/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Sold (part) | 02/22/18 | J | A | |
| 53. -Vanguard REIT ETF (Mutual Fund) | B | Dividend | K | T | Buy | 01/02/18 | J | | |
| 54. | | | | | Sold (part) | 02/22/18 | J | A | |
| 55. | | | | | Sold (part) | 08/30/18 | J | A | |
| 56. -Vanguard SHR-TM Infat Protec (Mutual Fund) | A | Dividend | J | T | | | | | |
| 57. -Vanguard Value ETF (Mutual Fund) | B | Dividend | L | T | Sold (part) | 08/27/18 | J | A | |
| 58. -Vanguard FTSE Dev. Mkts E (Mutual Fund) | A | Dividend | K | T | Sold (part) | 01/22/18 | J | A | |
| 59. | | | | | Sold (part) | 02/22/18 | J | B | |
| 60. -Vanguard FTSE Europe ETF (Mutual Fund) | A | Dividend | | | Sold (part) | 02/22/18 | J | A | |
| 61. | | | | | Sold | 08/30/18 | J | A | |
| 62. -Vanguard SHR-TM Inflation Protec (Mutual Fund) | A | Dividend | J | T | Buy | 01/02/18 | J | | |
| 63. -Vanguard Small Cap Indx Inv (Mutual Fund) | A | Dividend | K | T | Sold (part) | 01/02/18 | J | A | |
| 64. | | | | | Sold (part) | 08/30/18 | J | A | |
| 65. -Virtus Insight Emerg Mkts (Mutual Fund) | A | Dividend | K | T | Sold (part) | 02/22/18 | J | A | |
| 66. -Xtrackers MSCI Japan Hedged EQ (Mutual Fund) | A | Dividend | | | Sold (part) | 01/02/18 | J | A | |
| 67. | | | | | Buy | 02/22/18 | J | | |
| 68. | | | | | Sold | 08/30/18 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Lungstrum, John W. | 04/17/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ John W. Lungstrum**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544